FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 31 2011

CENTRAL DISTRICT OF CALIFORNIA
BY Shy          DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY YOUNG,<br><br>　　　　Petitioner,<br><br>　v.<br><br>P. GUITTERREZ, WARDEN,<br><br>　　　　Respondent. | Case No. CV 11-06890 R (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT this case is dismissed for lack of jurisdiction for the reasons set forth in the Court's related Order.

DATED: August 31, 2011

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Arthur Nakazato
United States Magistrate Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG   1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY